IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| AQUANETTE MARKEY | * |
| | * |
| | *   CIVIL ACTION NO. |
| v. | * |
| | * |
| A.M.E. SERVICES, INC. and/or | *   JUDGE _____ |
| A.M.E. SERVICES OF NEW ORLEANS, L.L.C. | * |
| and ETI, Inc. | *   MAG. JUDGE _____ |
| | * |

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

# NOTICE OF REMOVAL

**NOW INTO COURT,** through undersigned counsel, come defendants, A.M.E. Services, Inc. and/or A.M.E. Services of New Orleans, L.L.C. and ETI, Inc., and with full reservation of rights, hereby removes to this Court the state court action described below.

1. On March 29, 2009, an action was commenced in the 29th Judicial District Court for the Parish of St. Charles, State of Louisiana, entitled "*Aquanette Markey v. A.M.E. Services, Inc. and/or A.M.E. Services of New Orleans, L.L.C.*," case number 69,131.

2. On January 4, 2012, Plaintiff's First Supplemental and Amending Petition was filed adding ETI, Inc. as a defendant.

3. A motion to file a Third Supplemental and Amending Petition, alleging, for the first time claims under the Civil RICO statute, 18 U.S.C. Sec.1964, was filed on June 12, 2012. The Motion for leave was granted on June 13, 2012 and the Third Supplemental and Amending Petition was filed on June 20, 2012. Undersigned counsel received a copy of the motion for leave to file the Third Supplemental and Amending Petition along with the

proposed pleading on June 11, 2012. Defendant was not served with the Summons and filed Third Supplemental and Amending Petition until June 25, 2012. This Notice is timely.

4. Copies of all relevant process, pleadings and orders served upon defendant in the state court action are attached hereto.

5. This action is a civil action of which this Court has original jurisdiction under 28 U.S.C. §1331, and is one which may be removed to this Court by defendant pursuant to the provisions of 28 U.S.C. §1441(b) in that it arises under 18 U.S.C. Sec.1964.

6. Defendants have provided notice to plaintiff through the delivery of a copy of this Notice and the state court Notice of Filing of Notice of Removal to her counsel of record. Additionally, a Notice of Filing of Notice of Removal has been filed with the state court.

WHEREFORE, defendants, A.M.E. Services, Inc. and/or A.M.E. Services of New Orleans, L.L.C. and ETI, Inc. pray that this action be removed to the United States District Court for the Easter District of Louisiana.

Respectfully submitted,

/s/ *Mark A. Balkin*
Mark A. Balkin, TA (LA Bar #24952)
Joseph C. Chautin, III (LA Bar # 24995)
HARDY, CAREY, CHAUTIN & BALKIN, LLP
1080 West Causeway Approach
Mandeville, LA 70471
(985) 629-0777
(985) 629-0778 (fax)
mbalkin@hardycarey.com

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

      I certify that a copy of the above and foregoing has been served upon

Jack H. Tobias
1515 Poydras Street, Suite 2260
New Orleans, LA 70112

by U.S. Mail properly addressed and postage prepaid and/or facsimile transmission this 11th day of July, 2012



                                       /s/ *Mark A. Balkin*